WILLIAM R. TAMAYO - # 084965 (CA)
DAVID F. OFFEN-BROWN #063321 (CA)
EVANGELINA FIERRO HERNANDEZ -#168879 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105-1260
Telephone:    (415) 625-5622
Facsimile:     (415) 625-5657

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. <br><br> Plaintiff, <br><br> v. <br><br> SIERRA PACIFIC INDUSTRIES, <br><br> Defendant. | CIVIL ACTION NO. <br><br> <u>COMPLAINT</u> <br><br> Civil Rights – Employment Discrimination <br><br> <u>JURY TRIAL DEMAND</u> |

### NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of religion, and to provide appropriate relief to Luciano Cortez who was adversely affected by such practices.  As alleged below, Defendant unlawfully discriminated against Mr. Cortez by refusing to make reasonable accommodation to his religious belief and practice of observing his Sabbath from sundown Friday to sundown Saturday and by discharging him when he refused to work on his Sabbath.

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345.  This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended,  42 U.S.C. § 2000e-5(f)(1) and (3) (Title

VII), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

## INTRA-DISTRICT ASSIGNMENT

2. The employment practices alleged to be unlawful were and are now being committed in the County of Butte within the jurisdiction of the United States District Court for the Eastern District of California.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Sierra Pacific Industries (the "Employer"), has continuously been, and is now, a Delaware corporation, qualified to do business and doing business in the State of California and in the City of Oroville, County of Butte, and has continuously had and does now have at least fifteen employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g), and (h) of Title VII, 42 U.S.C. § 2000e (b), (g), and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Luciano Cortez filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least June 2005, Defendant Employer has engaged in unlawful employment practices at its Oroville, California facility, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1). These practices included discriminating against Mr. Cortez by refusing to reasonably accommodate his religious belief and practice and by discharging him when he refused to work on his Sabbath.

8. The effect of the practices complained of above has been to deprive Mr. Cortez of equal employment opportunities and otherwise adversely affect his employment status because of

his religion.

9. The unlawful employment practices complained of above were and are intentional.

10. The unlawful employment practices complained of above were done with malice or with reckless indifference to the federally protected rights of Mr. Cortez.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in religious discrimination and any other employment practice which discriminates on the basis of religion.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for religious observances, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Mr. Cortez by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement of Mr. Cortez.

D. Order Defendant Employer to make whole Mr. Cortez by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, including but not limited to expenses for relocation, job search, and medical and related treatment, with interest, in amounts to be determined at trial.

E. Order Defendant Employer to make whole Mr. Cortez by providing compensation for past and future non-pecuniary losses caused by the above unlawful conduct, including but not limited to pain and suffering, emotional distress, inconvenience, mental anguish, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F. Order Defendant Employer to pay Mr. Cortez punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public

interest.

H.      Award the Commission its costs in this action.

<u>JURY TRIAL DEMAND</u>

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

**Equal Employment Opportunity Commission**
1801 L Street, N.W.
Washington, DC 20507

Date:   September 25, 2007          ___/s/ William R. Tamayo_____
                                    WILLIAM R.  TAMAYO
                                    Regional Attorney

Date:   September 25, 2007          ___/s/ David F. Offen-Brown_____
                                    DAVID F. OFFEN-BROWN
                                    Supervisory Trial Attorney

Date:   September 25, 2007          _/s/ Evangelina Fierro Hernandez____
                                    EVANGELINA FIERRO HERNANDEZ
                                    Senior Trial Attorney

**Equal Employment Opportunity Commission**
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105-1260