WILLIAM R. TAMAYO, SBN 084965
DAVID F. OFFEN-BROWN, SBN 063321
EVANGELINA FIERRO HERNANDEZ, SBN 168879
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5658
Facsimile No. (415) 625-5657
Attorneys for Plaintiff

ALAN J. REINACH, SBN 196899
SEVENTH-DAY ADVENTIST CHURCH STATE COUNCIL
2686 Townsgate Road
Westlake Village, CA 91361
805-413-7398
Facsimile: 805-497-7099
Attorneys for Plaintiff/Intervenor

DOWNEY BRAND LLP
DANIEL J. COYLE SBN 119274
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone No: (916) 444-1000
Facsimile No: (916) 444-2100

DUN & MARTINEK LLP
DAVID E. MARTINEK SBN 107503
SHELLEY C. ADDISON SBN 178846
2131 I Street
PO Box 1266
Eureka, CA 95502
Telephone No.: (707) 442-3791
Facsimile No.: (707) 442-9251

Attorneys for Defendant

Stipulation to Intervene  - 1

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY OMMISSION,<br>　　　　Plaintiff,<br><br>LUCIANO CORTEZ,<br>　　　　Plaintiff/Intervenor<br><br>v.<br><br>SIERRA PACIFIC INDUSTRIES<br>　　　　Defendant. | ) CIVIL ACTION NO.<br>)<br>) 2:07-CV-02005-LEW-JFM<br>)<br>)<br>)<br>) STIPULATION TO INTERVENE<br>)<br>)<br>)<br>) |

　　　　WHEREFORE this action was filed by the Equal Employment Opportunity Commission asserting civil rights claims arising from the employment of Luciano Cortez by defendant, Sierra Pacific Industries; and

　　　　WHEREFORE Luciano Cortez is a proper party entitled to intervene in this action and assert claims on his own behalf; and

　　　　WHEREFORE the parties have agreed to permit Luciano Cortez to intervene as a plaintiff herein,

　　　　IT IS HEREBY STIPULATED AND AGREED, by the undersigned, attorneys for all parties, that Luciano Cortez is granted leave to intervene as a plaintiff in this action; and

　　　　Defendants accept service of Exhibit "A" annexed hereto, a Complaint In Intervention, as the Intervenor's complaint herein, and waive formal service of process, retaining their rights to raise all defenses to the claims asserted therein; and

　　　　Defendant's time to answer the Complaint in Intervention is extended to February 8 by consent of the parties.

Stipulation to Intervene  - 2

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WILLIAM R. TAMAYO, Regional Attorney
DAVID F. OFFEN-BROWN, Supervisory Trial Attorney
EVANGELINA FIERRO HERNANDEZ, Senior Trial Attorney


By: _____       Dated: _____
     Evangelina Fierro Hernandez

Attorneys for Plaintiff U.S. Equal Employment Opportunity Commission


ALAN J. REINACH,
SEVENTH-DAY ADVENTIST CHURCH STATE COUNCIL


By: _____       Dated: _____
     Alan J. Reinach

Attorneys for Plaintiff/Intervenor


DOWNEY BRAND LLP
DANIEL J. COYLE SBN


By: _____       Dated: _____
     Daniel J. Coyle

Attorneys for Defendant



SO ORDERED:

Dated: January 24, 2008

                                    /s/ Ronald S. W. Lew
                                    UNITED STATES DISTRICT JUDGE

Stipulation to Intervene  - 3

PDF created with pdfFactory trial version www.pdffactory.com