DOWNEY BRAND LLP
DANIEL J. COYLE (Bar No. 119274)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

DUN & MARTINEK LLP
DAVID E. MARTINEK (Bar No. 107503)
SHELLEY C. ADDISON (Bar No. 178846)
2131 I Street (95501)
PO Box 1266
Eureka, CA 95502
Telephone:   (707) 442-3791
Facsimile:   (707) 442-9251

Attorneys for Defendant
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>Defendant. | Case No. 2:07-CV-02005-JAM-JFM<br><br>**STIPULATION AND ORDER REGARDING REVISED SCHEDULING ORDER DATES** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the Scheduling Order dates be modified as follows:

| | |
|---|---|
| Expert Disclosures: | September 30, 2008 |
| Rebuttal Expert Disclosures: | October 31, 2008 |
| Discovery Cut-Off: | December 15, 2008 |
| Deadline to File Dispositive Motions: | January 30, 2009 |
| Hearing Date for Dispositive Motions: | March 11, 2009, at 9:00 a.m. |
| Deadline to File Pre-Trial Conference Statement: | April 10, 2009 |

///

934867.1

1

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Final Pre-Trial Conference: | April 17, 2009, at 3:00 p.m. |
| 2 | Trial (four days): | June 15, 2009 at 8:30 a.m. |

IT IS SO STIPULATED.

DATED:  June 25, 2008             EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: _____/s/ Cindy O'Hara_____
CINDY O'HARA
Attorney for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

DATED:  June 27, 2008             SEVENTH-DAY ADVENTIST CHURCH STATE COUNCIL

By: _____/s/ Alan J. Reinach_____
ALAN J. REINACH
Attorney for Plaintiff/Intervenor
LUCIANO CORTEZ

DATED:  June 23, 2008             DUN & MARTINEK

By: _____/s/ Shelley C. Addison_____
SHELLEY C. ADDISON
Attorney for Defendant
SIERRA PACIFIC INDUSTRIES

DATED:  June 25, 2008             DOWNEY BRAND LLP

By: _____/s/ Daniel J. Coyle_____
DANIEL J. COYLE
Attorney for Defendant
SIERRA PACIFIC INDUSTRIES

IT IS SO ORDERED.

DATED:  June 27, 2008

/s/ John A. Mendez_____

HON. JOHN A. MENDEZ

U. S. DISTRICT JUDGE

934867.1                                2

STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING ORDER DATES